NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JUSTIN JOSEPH VELEZ,                     )
DOC #D95319,                             )
                                         )
        Appellant,                   )
                                         )
v.                                       )    Case No. 2D18-4152
                                         )
STATE OF FLORIDA,                        )
                                         )
        Appellee.                    )
_____ )

Opinion filed August 9, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; Mark F. Carpanini, Judge.

Justin Joseph Velez, pro se.


PER CURIAM.


        Affirmed.


VILLANTI, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.